THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL BARNET, Appellant, *v.* RAYMOND B. FOSDICK, as Commissioner of Accounts of the City of New York, Respondent.

*People ex rel. Barnet* v. *Fosdick*, 142 App. Div. 935, affirmed.
(Submitted October 3, 1911; decided October 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of accountant in the office of the commissioner of accounts of the city of New York.

*Ira E. Miller, Leon Levy* and *Harry Greenberg* for appellant.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur· CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.